**FILED**
**7/23/2013**
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**12CV9309**
JUDGE SHADUR
MAGISTRATE JUDGE KIM

**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: ELECTROLUX DRYER ) <br> PRODUCT LIABILITY LITIGATION ) <br> ) | MDL No. _____ |

### MOTION OF AMERICAN FAMILY FOR TRANSFER OF ACTIONS PURSUANT TO 28 U.S.C. § 1407

Pursuant to 28 U.S.C. § 1407 and Rule 6.2 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, American Family Mutual Insurance Company ("American Family"), the plaintiff in *American Family Mutual Insurance Company v. Electrolux Home Products, Inc.*, No. 12-cv-9309 (N.D. Ill.) and *American Family Mutual Insurance Company v. Electrolux Home Products, Inc.*, No. 12-cv-3000 (N.D. Ohio), and one of the plaintiffs in *American Family Mutual Insurance Company, et al. v. Electrolux Home Products, Inc.*, No. 11-cv-678 (W.D. Wis.), respectfully moves the Judicial Panel on Multidistrict Litigation ("the Panel") for an order transferring the actions identified in the attached Schedule of Actions (the "Electrolux Cases") and all subsequently filed related actions, to the United States District Court for the Northern District of Illinois for coordinated or consolidated pretrial proceedings. Transfer of the Electrolux Cases is appropriate pursuant to 28 U.S.C. § 1407 for the reasons set forth below, and more fully explained in the accompanying brief, including:

1. American Family is aware of 50 actions currently pending before various United States District Courts which allege that a defective and unreasonably dangerous condition associated with Electrolux ball hitch dryers caused fire-related property damage. These include the actions identified in Table A1 of the Schedule of Actions, Exhibit 1.

2. The actions identified in Table A1 involve more than 274 separate fires. Of note, *State Farm Fire and Casualty Company, et al. v. Electrolux Home Products, Inc.*, 1:11-cv-08946 (N.D. Ill), currently pending in the Northern District of Illinois, involves more than 200 individual fire claims. (See Exhibit 1, page 2.)

3. In addition to the cases set forth in Table A1, two class action lawsuits allege that Electrolux sold ball hitch dryers despite having knowledge that defects caused the dryers to catch fire and damage property. The class actions seek injunctive relief in the form of corrective actions by Electrolux in addition to damages for property damages caused by dryer fires. Those actions are set forth in Table A2 of the Schedule of Actions, Exhibit 2.

4. All of the Electrolux Cases involve several common questions of fact including (a) whether the ball hitch dryers manufactured by Electrolux had a design defect that caused the dryers to catch fire, (b) whether testing performed by Electrolux alerted Electrolux to this defect, and (c) whether Electrolux took appropriate actions in manufacturing, marketing, and distributing the ball hitch dryers.

5. Under 28 U.S.C. § 1407, the transfer, coordination, or consolidation of the Electrolux Cases will serve the convenience of all the parties, witnesses, counsel, and the judicial system. Most significantly, it will provide consistent rulings on discovery and allow the parties to readily exchange documents and other discovery to avoid duplication of efforts.

6. No judicial resources will be wasted if the Electrolux Cases are transferred to the Northern District of Illinois because discovery and other pretrial issues can be addressed by one judge, with application to all of the Electrolux Cases. Indeed, transfer and coordination or consolidation under 28 U.S.C § 1407 would best serve the purposes of judicial economy.

WHEREFORE, for the reasons stated herein and in the accompanying brief, American Family respectfully requests that the Panel issue an order transferring all actions listed in the attached Schedule of Actions, as well as all subsequently filed related actions, to the United States District Court for the Northern District of Illinois for coordinated or consolidated pretrial proceedings.

Dated: July 18, 2013                                  Respectfully submitted,

YOST & BAILL, LLP
*Attorneys for American Family Mutual Insurance Company*

s/ Teirney S. Christenson
Daniel W. Boerigter
Teirney S. Christenson
2300 N Mayfair Road, Suite 745
Milwaukee, WI 53226
Tel. (414) 259-0600
Fax (414) 259-0610
dboerigter@yostbaill.com
tchristenson@yostbaill.com